IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony J. Denoma,                :
                                  :
    Plaintiff(s),             :
                                  :  Case Number: 1:15cv594
  vs.                             :
                                  :  Judge Susan J. Dlott
Governor John R. Kasich, et al.,  :
                                  :
    Defendant(s).             :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 5, 2016 (Doc. 58), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 23, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions to dismiss (Docs. 37 and 38) are GRANTED with all remaining claims in this case to be DISMISSED with prejudice.

Plaintiff's motions for an injunction and for an order to freeze all assets, construed as motions seeking preliminary injunctive relief, (Docs. 4 and 5) are DENIED.

This case is hereby TERMINATED.

IT IS SO ORDERED.

                                         ___s/Susan J. Dlott_____
                                         Judge Susan J. Dlott
                                         United States District Court